**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORTEZA GHAFOURI, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:25-cv-02075-AH (ASx)<br><br>**FINAL JUDGMENT  [JS-6]** |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendant State Farm General Insurance Company's ("Defendant") Motion for Summary Judgment based on its finding that Plaintiff Morteza Ghafouri's ("Plaintiff") claims against Defendant are time-barred, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. Plaintiff shall take nothing on his Complaint against Defendant.

3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

This is a final judgment.

Dated:  March 5, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE